.tioned 3 negro slaves as lawful Prize to the Sloop Revenge to be devided amogst the Captors as they shal thinck fit the Captors paying cost of the Court as in the like casse the law directs

Leonard Lockman

[Admiralty Papers, II, 79]

COLONY OF RHODE ISLAND. COURT OF VICE ADMIRALTY  Whereas James Allen Comm$^r$ of the Sloop Revenge A Private man of war hath this day Presented his Petition to this Court thereby requesting that the Pieces of Eight Claimed by one Isaac Mendez of Jamaica on board of A Sloop called the fortune which was condemned as Spanish Property. and for which s$^d$ Monies an interlocutory order was given that the s$^d$ Monies should remain in the Captors hands and that they should give Bond for the delivery of the same to the s$^d$ Isaac Mendez upon his Producing the Original Bills and Notes by him given to Prove his Property to the s$^d$ Monies within a twelve month and A Day. Now the said Limitted time being expired and the said Mendez having Produced no such Bills or Notes, I therefore Order the said Bonds given by the Captors to be cancel'd and the s$^d$ Money to be divided Amongst the Captors and Owners as they Amongst themselves have agreed. Mr. Henry Bull paying the Double Cost of Court according to Enactment.

Leonard Lockman

[Admiralty Papers, II, 80]

### PETITION OF MALBONE, 1744

Whereas Godfrey Malbone of Newport in the Colony of Rhode Island hath Presented A Petition, bearing date the 15th June 1744 requiring the Appraisment of A Vessel named the Charming Betty which is own'd by himself and some Persons in the West Indies in order that he might give security for the Value of the One half of s$^d$ Vessel so owned Accordingly I have appointed Persons qualified to make such Appraisment on oath which is Comply'd with and the sd Vessel is appraised at two thousand Pounds Curr$^t$ money of Rhode Island, I therefore order that the s$^d$ Godfrey Malbone give bond immediately in the Registers Office for one thousand Pounds Curr$^t$ money of Rhode Island to be paid to such Owners in the West Indies in case the s$^d$ Vessel be lost or taken, which if the s$^d$ Malbone refuses, I order the s$^d$ petition to be dismist

Leonard Lockman

October 31st 1744